Gerard W. White (GW9797)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

**JUDGE RAKOFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 4059**

-----------------------------------------------------------X    Index No.

NORMARK CORPORATION,

                Plaintiff,

  - against -

M/V "FLOTTBEK", *in rem*, CP SHIPS (UK)
LIMITED, STAR ASIA INTERNATIONAL INC. and
SCHIFFAHRTSGESELLSCHAFT ms FLOTTBEK
mbH & Co. KG, *in personam*

                Defendants.
-----------------------------------------------------------X

RULE 7.1 STATEMENT



RECEIVED MAY 23 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

        Rapala VMC Oyj (International)
        Rapala VMC Corporation (International)

Dated: May 23, 2007

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

                              By: _____
                              Gerard W. White (GW9797)
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              (212) 669-0600