Form 27 - GENERAL PURPOSE
      HILL RIVKINS & HAYDEN LLP
      ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK  COUNTY

----------------------------------------------------

NORMARK CORPORATION                plaintiff    Index No. **07 CIV 4059**

                  - against -                   Date Filed  ............

                                                    Office No. **29473-GWW**

M/V"FLOTTBEK" IN REM, ETAL         defendant   Court Date: **07/19/2007**

----------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**MANUEL BAYO JR.**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the   **5th  day of July, 2007**      at   **11:30 AM.**, at
    **%HAPAG-LLOYD (AMERICA) INC. 377 HOES LANE
    PISCATAWAY, NJ 08854**
I served a true copy of the
    **SUMMONS AND COMPLAINT
    RULE 7.1 STATEMENT
    JUDGES RULES**

upon **CP SHIPS (UK)LIMITED**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ARNE KLOCKMANN, LEGAL DIRECTOR AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**         COLOR: **WHITE**        HAIR: **BROWN**
    APP. AGE: **45**      APP. HT: **6:2**       APP. WT: **200**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
5th  day of  July, 2007k

                                                                ............................
                                                                 MANUEL BAYO JR.
BRETT GOLUB                                     AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York       225 BROADWAY, SUITE 1802
    No.01G06129491                       NEW YORK, NY, 10007
Qualified in NASSAU                      Reference No: 7HRLOM46595
Commission Expires 06/27/2009