Gerard W. White (GW9797)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMARK CORPORATION,

                Plaintiff,

    - against -

M/V "FLOTTBEK", *in rem*, CP SHIPS (UK)
LIMITED, STAR ASIA INTERNATIONAL INC.
and SCHIFFAHRTSGESELLSCHAFT
MS FLOTTBEK mbH & Co. KG, *in personam*

                Defendants.
------------------------------------------------------------X

Index No.
**07 Civ. 4059 (JSR)**

**Notice of Dismissal With
Prejudice And Without
Costs Pursuant To
<u>F.R.C.P. Rule 41(a)(1)</u>**

      **PLEASE TAKE NOTICE** that Plaintiff, Normark Corporation, hereby dismisses this action with prejudice and without costs pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      July 17, 2007

                        HILL RIVKINS & HAYDEN LLP
                        Attorneys for Plaintiff
                        Normark Corporation

      By:_____
                    Gerard W. White (GW-9797)
                    45 Broadway – Suite 1500
                    New York, New York  10007
                    (212) 669-0600