Gerard W. White (GW9797)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMARK CORPORATION,

       Plaintiff,

 - against -

M/V "FLOTTBEK", *in rem*, CP SHIPS (UK)
LIMITED, STAR ASIA INTERNATIONAL INC.
and SCHIFFAHRTSGESELLSCHAFT
MS FLOTTBEK mbH & Co. KG, *in personam*

       Defendants.
------------------------------------------------------------X

Index No.
07 Civ. 4059 (JSR)

Notice of Dismissal With
Prejudice And Without
Costs Pursuant To
F.R.C.P. Rule 41(a)(1)

   **PLEASE TAKE NOTICE** that Plaintiff, Normark Corporation, hereby dismisses this action with prejudice and without costs pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    July 17, 2007

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Normark Corporation

SO ORDERED
*/s/ JSR*
7-18-07

By: _____
Gerard W. White (GW-9797)
45 Broadway – Suite 1500
New York, New York 10007
(212) 669-0600